

**Entered on Docket**
**March 31, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas. Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road. Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-78217

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Lory Ambrosini

                    Debtor.

BK-S-09-32144-bam

Date:  3/2/2010
Time: 1:30 pm

Chapter 7

## ORDER VACATING AUTOMATIC STAY

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3   Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4   property, generally described as 8005 Cetus Circle, Las Vegas, NV 89128, as it pertains to the Trustee

5   and estate in as much as the Debtors have already received a discharge.

6

7        DATED this _____ day of _____2010.

8   Submitted by:

9

10  **WILDE & ASSOCIATES**
    By: _K. Aolist_ #10235

11  **Gregory L. Wilde, Esq.**
    Attorney for Secured Creditor

12  208 South Jones Boulevard
    Las Vegas, Nevada 89107

13

14  APPROVED / DISAPPROVED

15  By:_____
    Barry Levinson*

16  2810 S. Rainbow Blvd.
    Las Vegas, NV 89146

17  Attorney for Debtor(s)

18  Nevada Bar No:_____

19

20

21  APPROVED / DISAPPROVED

22  By:_____

23  Yvette Weinstein
    6450 Spring Mtn. Rd. #14

24  Las Vegas, NV 89146
    Chapter 7 Trustee

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.

\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_ approved the form of this order           \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order           \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document


\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order           \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee: .

\_\_\_\_ approved the form of this order           \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document


\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

 /s/ Gregory L. Wilde. Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor